UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WLODZIMIERZ LUKASIK,

        Plaintiff,

v.

G. PATRICK HILLARY, *et al.*,

        Defendants.
_____/

Case No. 1:06-CV-528

Hon. Richard Alan Enslen

**ORDER OF DISMISSAL**

      By Order of August 4, 2006, this Court required Plaintiff Wlodzimierz Lukasik to show cause why this action should not be dismissed. Plaintiff responded by filing a Motion for Reconsideration. Said Motion was not a procedurally proper response to the Order to Show Cause, and the Motion did not state persuasive argument as to why the action should not be dismissed (although the Motion did state Plaintiff's simple disagreement with the Order to Show Cause). Accordingly, the Court finds that this action should be dismissed for the reasons given in the Order to Show Cause.

      **THEREFORE, IT IS HEREBY ORDERED** that this action is **DISMISSED**.

      **IT IS FURTHER ORDERED** that Plaintiff Wlodzimierz Lukasik's Motion for Reconsideration (Dkt No. 4) is **DENIED**.

DATED in Kalamazoo, MI:
    August 23, 2006

     /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE